**SCHEDULE A**

| No. | Defendant / Seller Alias | ASIN | Seller ID |
|---|---|---|---|
| 1 | lisi store | B0DDT1S4LH | A2FBY4FBVXUNDX |

1