













## Checkout (1 item)

🔒

**1  Shipping address**

████████ ██████

CHICAGO, IL 60655-3305

Add delivery instructions

**FREE pickup available nearby**

██ 0.3 mi (See details)

Change to pickup

Change

**2  Payment method**

Paying with ████████

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

| Enter code |  | Apply |

Change

**3  Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Nov 5, 2024** If you order in the next 19 hours and 34 minutes (Details)

Items shipped from Amazon.com

**Drone with 4K Camera RC Quadcopter for Adults, 1640ft Long Range Video Transmission, 3-Axis Gimbal, 46Mins Flight Time GPS Auto Return and Follow Me, Circle Fly, Waypoint Fly, Altitude Hold**

**$169.99**

& FREE Returns

Qty: 1

Sold by: lisi store

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, Nov 5**
FREE One Day Delivery

○ **Thursday, Nov 7**
FREE Amazon Day Delivery
🍃 **Lower carbon option**
Change delivery day

**Or choose your pickup location:**

Ⓐ **Pickup available nearby**
Choose a location

**Place your order**

**Order total: $187.41**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $169.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $169.99 |
| Estimated tax to be collected: | $17.42 |
| **Order total:** | **$187.41** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.