Case: 1:26-cv-03251 Document #: 14 Filed: 03/24/26 Page 1 of 4 PageID #:31



# lisi store

Visit the lisi store storefront

★★★★★ | **97% positive** lifetime (61 total ratings)

**Subtotal**
**$0.00**

Go to Cart

Vinino 8 x 8 Inch Silicone Square Brownie Cake Pan... was removed from Shopping Cart.

## About Seller

lisi store is committed to providing each customer with the highest standard of customer service.

### Have a question for lisi store?

Ask a question

## Reviews

★★★★★  4.8 out of  5
61 ratings

Lifetime ⌄

5 star  ▬▬▬▬▬▬▬  90%
4 star  ▬  7%
3 star    2%
2 star    0%
1 star  ▬  2%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

61 total ratings, 59 with feedback for Lifetime ⓘ

★☆☆☆☆  ″Won't charge ″
By Amazon Customer on March 11, 2026.

★★★★★  ″Awesome drone! Can you sell extra batteries? ″
By Andrew W. Henderson on February 21, 2026.

★★★★★  ″On time ″
By Arim garcia on February 1, 2026.

★★★★★  ″I had a question, and they responded right away!! Thank you !! ″
By TMT on November 1, 2025.

★★★★★  ″Superb product. Well priced for high quality and it was delivered overnight. More than pleased. ″
By dewey phelps on August 9, 2025.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** taiyuanxiongnengkejiyouxiangongsi
**Business Address:**
　迎泽区迎泽街道迎泽大街130号
　锦盛大厦1214室
　太原市
　山西
　030000
　CN

## Shipping Policies ⌄

## Other Policies ⌄

3/19/26, 1:58 PM
Amazon.com Seller Profile: iiseque
Case: 1:26-cv-03251 Document #: 14 Filed: 03/24/26 Page 2 of 4 PageID #:32

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

**Subtotal**
**$0.00**

Go to Cart

Vinino 8 x 8 Inch Silicone Square Brownie Cake Pan... was removed from Shopping Cart.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates



迎泽区迎泽街道迎泽大街130号锦盛大厦1214室太原市山西030000CN



图像 © 2026，地图数据 © 2026　　500 英尺

## 锦盛大厦

无评价

迎泽大街130号

+86 351 823 6088



路线

## 山西迎泽宾馆

4.3 ★★★★½ (8)

5 星级酒店

+86 351 882 8888

 有空调



路线

"装潢昏暗傳統 廁所門不能鎖 店內設施算齊全有按摩泡澡 健身房 會議廳等"

## 迎泽公园

4.4 ★★★★½ (80)

旅游胜地 · ♿ · 迎泽大街218号

+86 351 202 2622

 网站

 路线

 "更像旁边一排高档住宅的后花园。"

迎泽区迎泽街道迎泽大街130号锦盛大厦1214室太原市山西030000CN - Google 地图

# 迎泽大厦

无评价

⬦
**路线**

---

没有其他结果了。

---

关于定价 ⓘ